**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CHRISTOPHER G. ROGERS,
     Plaintiff,

vs.                            Case No.: 3:08cv281/MCR/EMT

JUDGE ROBERT BARRON, et al.,
     Defendants.
_____/

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 8, 2008 (Doc. 9). Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

     Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2. This action is **DISMISSED** for failure to state a claim and for seeking monetary relief against a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915(e)(2)(B).

     **DONE AND ORDERED** this 11th day of September, 2008.

                             *s/ M. Casey Rodgers*
                             **M. CASEY RODGERS
                             UNITED STATES DISTRICT JUDGE**